**STATE v. COX**

[366 N.C. 211 (2012)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Wayne County |
| | ) | |
| RONALD PRINCEGERALD COX | ) | |

No. 57P12

(Filed 14 June 2012)

## ORDER

The State's Petition for Discretionary Review is allowed for the limited purpose of remanding to the Court of Appeals for reconsideration in light of our decision in *State v. Sweat*, No. 472A11 (June 14, 2012).

By order of the Court in Conference, this 13th day of June June 2012.

s/Martin, J.

For the Court